THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYUNG D. CHOI, | CASE NO. C18-1034-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court, having reviewed the record and the report and recommendation of United States Magistrate Judge David W. Christel, hereby ORDERS that:

(1) The report and recommendation (Dkt. No. 11) is ADOPTED;

(2) The case is REVERSED and REMANDED to the Commissioner for further consideration, pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk is DIRECTED to send copies of this order to the parties and to the Honorable David W. Christel.

DATED this 15th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1034-JCC
PAGE - 1