THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYUNG D. CHOI,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C18-1034-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $3,427.20 and costs in the amount of $400, for a total of $3,827.20, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

The check or checks shall be made payable to David Oliver, based on Plaintiff's assignment of this amount to his attorney. (Dkt. No. 14-2.) The check shall be mailed to Plaintiff's attorney's office: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, Washington 98409.

//

DATED this 5th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE